_Timothy Williams (G012839)_
Name and Prisoner Number/Booking Number

_Towers_
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌─────────────────────────────┐
│ ✓ FILED       ___ LODGED    │
│ ___ RECEIVED  ___ COPY      │
│                             │
│        MAY 2 6 2023         │
│                             │
│  CLERK U S DISTRICT COURT   │
│   DISTRICT OF ARIZONA       │
│ BY _____          DEPUTY    │
└─────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_Timothy Huntley Williams_
(Full Name of Petitioner)

Petitioner,

v.

_Paul Penzone_,
(Name of the Director of the Department of
Corrections, Jailor or authorized person having
custody of Petitioner)

Respondent,
and
The Attorney General of the State of Arizona,

Additional Respondent.

CASE NO. ___**CV-23-945-PHX-SPL (ESW)**___
(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2254
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
(NON-DEATH PENALTY)**

## PETITION

1.  (a)  Name and location of court that entered the judgment of conviction you are challenging: _Superior Court of Arizona, in and for Maricopa County_

    (b)  Criminal docket or case number: _CR-2020-107383_

2.  Date of judgment of conviction: _I dont Know_

3.  In this case, were you convicted on more than one count or crime?    Yes ☐    No ☒

**530**

4.  Identify all counts and crimes for which you were convicted and sentenced in this case: _USE/POSS_
_Dangerous Drugs_

5.  Length of sentence for each count or crime for which you were convicted in this case: _Two Years_
_Probation. Two and a half years in prison If I'm_
_unsucessful on probation._

6.  (a) What was your plea?
    Not guilty                              ☐
    Guilty                                  ☒
    Nolo contendere (no contest)            ☐

    (b)   If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give
    details: _____

    _____

    (c)   If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☐

7.  Did you testify at the trial?        Yes ☐        No ☒

8.  Did you file a direct appeal to the Arizona Court of Appeals from the judgment of conviction?
    Yes ☐     No ☒

    If yes, answer the following:

    (a)   Date you filed: _____

    (b)   Docket or case number: _____

    (c)   Result: _____

    (d)   Date of result: _____

    (e)   Grounds raised: _____

    _____

    _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

9.  Did you appeal to the Arizona Supreme Court?  Yes ☐        No ☒

If yes, answer the following:

(a)  Date you filed: _____

(b)  Docket or case number: _____

(c)  Result: _____

(d)  Date of result: _____

(e)  Grounds raised: _____

_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

10. Did you file a petition for certiorari in the United States Supreme Court?        Yes ☐        No ☒

If yes, answer the following:

(a)  Date you filed: _____

(b)  Docket or case number: _____

(c)  Result: _____

(d)  Date of result: _____

(e)  Grounds raised: _____

_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

11. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any state court?  Yes ☐        No ☒

If yes, answer the following:

(a)  First Petition.

    (1)  Date you filed: _____

    (2)  Name of court: _____

    (3)  Nature of the proceeding (Rule 32, special action or habeas corpus): _____

    (4)  Docket or case number: _____

    (5)  Result: _____

    (6)  Date of result: _____

    (7)  Grounds raised: _____

    _____

    _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(b)  Second Petition.

    (1)  Date you filed: _____

    (2)  Name of court: _____

    (3)  Nature of the proceeding (Rule 32, special action or habeas corpus): _____

    (4)  Docket or case number: _____

    (5)  Result: _____

    (6)  Date of result: _____

    (7)  Grounds raised: _____

    _____

    _____

    _____

    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(c)  Third Petition.

    (1)  Date you filed: _____

    (2)  Name of court: _____

    (3)  Nature of the proceeding (Rule 32, special action or habeas corpus): _____

    (4)  Docket or case number: _____

    (5)  Result: _____

    (6)  Date of result: _____

    (7)  Grounds raised: _____

                 _____

                 _____

                 _____

                 _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(d)  Did you appeal the action taken on your petition, application, or motion to the:

| | Arizona Court of Appeals: | | Arizona Supreme Court: | |
|---|---|---|---|---|
| (1) First petition: | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| (2) Second petition: | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| (3) Third petition | Yes ☐ | No ☐ | Yes ☐ | No ☐ |

(e)  If you did not appeal to the Arizona Court of Appeals, explain why you did not: _____

_____

_____

_____

_____

_____

12. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

    <u>CAUTION:</u> <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** Article 3 section 2. Im incarcerated unlawfully. My charges were all dismissed

(a)  Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

The state does not have jurisdiction, nor can the state be a party in a matter against a citizen of the state they reside. Nor can the state be trusted to try a matter in there own court that they are a party in.

(b) Did you present the issue raised in Ground One to the Arizona Court of Appeals?  Yes ☐      No ☒

(c) If yes, did you present the issue in a:
    Direct appeal          ☐
    First petition         ☐
    Second petition        ☐
    Third petition         ☐

(d)  If you did not present the issue in Ground One to the Arizona Court of Appeals, explain why: The case was dismissed without prejudice 11-08-22

(e) Did you present the issue raised in Ground One to the Arizona Supreme Court?  Yes ☐      No ☒

**GROUND TWO:** 14th amendment. I spent from 10-31-22 to 11-08-22 in jail for no reason. My case was dismissed, they didn't enter it in the system properly, and I was arrested 03-19-23 for a warrant that was issued because of that incident.

            * probation revocation hearing

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim):

11-08-22 my case was dismissed without prejudice. Instead, they dismissed my hearing without prejudice. I believe it was done intenionally. 03-19-23 I was arrested for a warrant that was issued in connection with them not properly dismissing my case. While being arrested on 03-19-23, by Mesa Police, the officer said multiple times that we were being "unlawfully detained, you have to tell us your name." I wasn't doing anything unlawful to be harassed by them. After initial appearance, three more charges were brought up by the State, that I never had an initial appearance for. When I got to Maricopa County Jail, they sent me to med-ops and I was not allowed to go to court 03-27-23. That date was for probation revocation hearing, because I missed that it got pushed back to 8-7-23. The other three charges, one was a hold, but all three were dismissed cases. CR 2023-101406, CR-2022-116446, Mesa Magistrate court 2022-071513. When I had court, 04-14-23, it was suppose to be a preliminary hearing, it was vacated. It was also already past the time frame set by Rules of Criminal Procedure. Instead of them dropping the cases, I was superventing indicted, even tho I had never had an inital appearance.

(b) Did you present the issue raised in Ground Two to the Arizona Court of Appeals?   Yes ☐      No ☒

(c) If yes, did you present the issue in a:

         Direct appeal        ☐
         First petition         ☐
         Second petition      ☐
         Third petition        ☐

(d) If you did not present the issue in Ground Two to the Arizona Court of Appeals, explain why: The case was dismissed without prejudice 11-08-22

(e) Did you present the issue raised in Ground Two to the Arizona Supreme Court? Yes ☐      No ☒

**GROUND THREE:** _____
_____
_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you present the issue raised in Ground Three to the Arizona Court of Appeals?   Yes ☐          No ☐

(c)  If yes, did you present the issue in a:
        Direct appeal          ☐
        First petition          ☐
        Second petition       ☐
        Third petition         ☐

(d)  If you did not present the issue in Ground Three to the Arizona Court of Appeals, explain why: _____
_____
_____
_____

(e)  Did you present the issue raised in Ground Three to the Arizona Supreme Court?   Yes ☐          No ☐

**GROUND FOUR:** _____

_____
_____
_____
_____

(a)  Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b)  Did you present the issue raised in Ground Four to the Arizona Court of Appeals?  Yes ☐          No ☐

(c)  If yes, did you present the issue in a:
     Direct appeal          ☐
     First petition         ☐
     Second petition        ☐
     Third petition         ☐

(d)  If you did not present the issue in Ground Four to the Arizona Court of Appeals, explain why: _____
_____
_____
_____

(e)  Did you present the issue raised in Ground Four to the Arizona Supreme Court?  Yes ☐          No ☐

9

**Please answer these additional questions about this petition:**

13. Have you previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?        Yes ☐          No ☒

    If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.   Attach a copy of any court opinion or order, if available:  _____

_____
_____
_____
_____
_____
_____

14. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, as to the judgment you are challenging?        Yes ☐          No ☒

    If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised:  _____

_____
_____
_____
_____
_____

15. Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?   Yes ☐          No ☒

    If yes, answer the following:

    (a) Name and location of the court that imposed the sentence to be served in the future:

_____
_____
_____

    (b)  Date that the other sentence was imposed: _____

    (c)  Length of the other sentence: _____

    (d)  Have you filed, or do you plan to file, any petition challenging the judgment or sentence to be served in the future?        Yes ☐          No ☐

16.  TIMELINESS OF PETITION: If your judgment of conviction became final more than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2244(d) does not bar your petition.*

_My case was dismissed 11-02-22, I was not entered into the system properly and I was arrested 03-19-23 for a warrant issued for that case. CR-2020-107-383_

*Section 2244(d) provides in part that:
    (1)  A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-
        (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
        (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
        (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
    (2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

17.  Petitioner asks that the Court grant the following relief: _My release from Custody_

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)

    I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _05-19-23_ (month, day, year).

_____
**Signature of Petitioner**

_____        _____
**Signature of attorney, if any**            **Date**

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **May 23, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____ _____  A7879
Legal Support Specialist Signature          S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009