**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Timothy Huntley Williams, | **NO. CV-23-00945-PHX-SPL (ESW)** |
| Petitioner, | |
| v. | **JUDGMENT OF DISMISSAL IN A** |
| Paul Penzone, et al., | **CIVIL CASE** |
| Respondents. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 20, 2023, Petitioner to take nothing, and the petition and action are dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

September 5, 2023

By   s/ Rebecca Kobza
Deputy Clerk